UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

LINDA SILVEY,

                Plaintiff,

v.                                          Case No. 19-1338-EFM

SHELTER MUTUAL INSURANCE
COMPANY,

                Defendant.

**AMENDED SCHEDULING ORDER**

Plaintiff has filed an unopposed motion (ECF No. 34) to amend the scheduling order entered in this case (ECF No. 26). For good cause shown, the motion is granted, but with slight modifications to the proposed deadlines:

a)      Disclosures required Fed. R. Civ. P. 26(a)(2), including reports from retained experts, are due from plaintiff by **May 16, 2021**, and from defendant by **July 15, 2021.** Disclosures and reports by any rebuttal experts are due by **July 29, 2021**.

b)      The parties shall complete all Fed. R. Civ. P. 35 physical or mental examinations by **June 18, 2021.**

c)      The final pretrial conference is rescheduled from July 22, 2021, to **August 13, 2021, at 9:00 a.m.**, in the U.S. Courthouse, Room 223, 500 State Avenue, Kansas City,

1

O:\SchedulingOrders\19-1338-EFM-ASO.docx

Kansas. Unless otherwise notified, the undersigned magistrate judge will conduct the conference. No later than **August 3, 2021**, defendant shall submit the parties' proposed pretrial order as an attachment to an e-mail directed to *ksd_ohara_chambers@ksd.uscourts.gov*. It shall be in the form available on the court's website (*www.ksd.uscourts.gov*).

All other provisions of the original scheduling order shall remain in effect. The schedule adopted in this amended scheduling order shall not be modified except by leave of court upon a showing of good cause.

IT IS SO ORDERED.

Dated March 25, 2021, at Kansas City, Kansas.

                                                              s/ James P. O'Hara

                                                              James P. O'Hara
                                                              U.S. Magistrate Judge